UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-21083-CIV-COOKE/GOODMAN

STAIRCARGO, INC.,
a Florida Corporation

    Plaintiff,
v.

HELICOPTER PARTS
INTERNATIONAL, INC.
A Nevada Corporation,

    Defendant.
_____/

## NOTICE OF SELECTION OF MEDIATOR

Plaintiff STAIRCARGO, INC., ("Staircargo") through undersigned counsel, hereby gives notice to the Court that the parties have selected Gary Birnberg Esq. to serve as the mediator in this action.

Respectfully Submitted,

**BECERRA LAW, P.A.**

*/s/* Robert J. Becerra
Robert J. Becerra, B.C.S.
Florida Bar No. 0856282
Counsel for Staircargo, Inc.
1001 Brickell Bay Drive
Suite 1200
Miami, Florida 33131
Tel: 305-375-0112
E-Mail: rbecerra@rjbecerralaw.com

                                          **GRAYROBINSON P.A.**

                                          /s/ Peter A. Quinter\
                                          Peter Quinter, B.C.S.\
                                          Fla. Bar No. 821608\
                                          Co-Counsel for Staircargo, Inc.\
                                          333 S.E. 2nd Avenue\
                                          Suite 3200\
                                          Miami, Florida 33131\
                                          Ph: (305) 416-6960\
                                          Fax: (305) 416-6887\
                                          E-mail: peter.quinter@gray-robinson.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on June 13, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Justin M. Clouser, Esq.\
    1512 Hwy 395 N, Suite 1\
    Gardnerville, Nevada 89410\
    E-mail: jclouser@clouserlaw.com

                                                        /s/ ROBERT J. BECERRA